THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Todd Maurice
 Bussey, Appellant.
 
 
 
 
 

Appeal From Lexington County
R. Knox McMahon, Circuit Court Judge

Unpublished Opinion No.  2011-UP-139  
Heard March 8, 2011  Filed April 5, 2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., Office of the
 Attorney General, all of Columbia; Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER CURIAM:  Todd Bussey appeals his conviction for
 armed robbery arguing the trial court erred in (1) admitting a gun retrieved
 from his apartment into evidence, (2) admitting a photo lineup into evidence,
 and (3) denying his motion for a mistrial after he objected to statements the
 State made during closing argument.  Bussey abandoned the first two issues
 during oral argument.  We affirm pursuant to Rule 220(b)(1), SCACR, and the following
 authority:  
As to whether the court erred
 in denying Bussey's motion for a mistrial: State v. Stanley, 365 S.C.
 24, 34, 615 S.E.2d 455, 460 (Ct. App. 2005) ("A mistrial should only be
 granted when 'absolutely necessary,' and a defendant must show both error and
 resulting prejudice in order to be entitled to a mistrial." (citations
 omitted)); State v. Wasson, 299 S.C. 508, 510, 386 S.E.2d 255,
 256 (1989) (holding that the grant or refusal of a motion for a mistrial
 lies "within the sound discretion of the trial court whose ruling will not
 be disturbed" absent an abuse of discretion amounting to an error of law). 
AFFIRMED.
FEW, CJ., THOMAS, and KONDUROS, JJ., concur.